84

336 P.3d 717

Mark F. WYNN, Appellant,

v.

ARIZONA DEPARTMENT OF ECO-
NOMIC SECURITY, an Agency, and
Hensley and Co., Appellees.

No. CV–14–0039–PR.

Supreme Court of Arizona.

Sept. 9, 2014.

## ORDER

¶ 1 After considering the parties' supple-
mental filings, it appears to the Court that
the grant of review in this case was improvi-
dent. Therefore,

¶ 2 IT IS ORDERED as follows:

1. The Order granting review is vacated;
2. The Petition for Review is denied; and
3. The Court of Appeals Opinion shall be
   depublished, pursuant to Rule 111(g),
   Rules of the Supreme Court.